*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Charles Kane
    Debtor(s)

Case No: 19–10720–amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for failure to pay the second
installment payment in the amount
of $105.00

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

    on: 5/7/19

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: April 11, 2019