# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 19-10720-AMC

CHARLES KANE

3025 REDNER STREET

PHILADELPHIA, PA 19121

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CHARLES KANE

    3025 REDNER STREET

    PHILADELPHIA, PA 19121

**Counsel for debtor(s), by electronic notice only.**
    JAMES P. MCGARRITY Esq.
    1500 JFK BLVD
    SUITE 405
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                    /s/ William C. Miller

Date: 4/12/2019

                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee