# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 19-10720-AMC

CHARLES KANE

3025 REDNER STREET

PHILADELPHIA, PA 19121

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHARLES KANE

    3025 REDNER STREET

    PHILADELPHIA, PA 19121

Counsel for debtor(s), by electronic notice only.

    JAMES P. MCGARRITY Esq.
    1500 JFK BLVD
    SUITE 405
    PHILADELPHIA, PA 19102-

Date: 4/16/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee