**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Charles Kane

Chapter:

Case No.:    19-10720

13

## Certification of Service of Amended Plan

I hereby certify that I have served a copy of the Debtor's Amended Plan upon all other parties or their attorney of record by electronic filing through the Court's electronic system on, December 14, 2019.

/s/ James P. McGarrity

James P. McGarrity