```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 19-10720-amc
Charles Kane                                                        Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore            Page 1 of 1                  Date Rcvd: Dec 20, 2019
                              Form ID: 152               Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db             +Charles Kane,    3025 Redner Street,    philadelphia, PA 19121-3509
14272212       +James P. McGarrity,    1500 JFK Boulevard,    Suite 405,    Philadelphia, PA 19102-1713
14272213       +Lakeview Loan Servicing,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14308193       +Lakeview Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
14280996       +Lakeview Loan Servicing, LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14272215        Philadelphia Gas Works,    P.O Box 11700,    Newark, NJ 07101-4700
14283369       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14293712       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14272216       +Toyota Motor Credit Corporation,    3200 West Ray Road #118,    Chandler, AZ 85226-2530
14272217       +Verizon,    301 Spring Garden,    Philadelphia, PA 19123-2976
14272218        Water/ Sewer & Storm,    P.O Box 41496,    Philadelphia, PA 19101-1496
14287796        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 21 2019 03:08:43      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2019 03:08:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14281554       +E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 21 2019 03:08:57      NAVY FEDERAL CREDIT UNION,
                 PO BOX 3000,    MERRIFIELD VA 22116-3000
14272214       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 21 2019 03:07:50      Peco,    P.O Box 37629,
                 Philadelphia, PA 19101-0629
14289927        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2019 03:08:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14360981       +E-mail/Text: megan.harper@phila.gov Dec 21 2019 03:08:43      Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
14360982*      +Water Revenue Bureau,    c/o City of Philadelphia Law Department,    Tax & Revenue Unit,
                 Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JAMES P. MCGARRITY    on behalf of Debtor Charles  Kane mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charles Kane
    Debtor(s)

Case No: 19−10720−amc

Chapter: 13

_____

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 3/10/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

55
Form 152