UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :         Case# :19-10720
    CHARLES KANE                   :
                                       :
                                       :

NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Claim #6-2  PA  Dept. Revenue

**CHARLES KANE** has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated.** **You should read these papers carefully and discuss them with your attorney, if you have one**. (**If you do not have an attorney, you may wish to consult an attorney**).

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on July 7 2020 at 11:00.m., in Courtroom #4, United States Bankruptcy Court 900 Market Street Philadelphia . If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date:   June 6 2020

                                                        /s/ James McGarrity
                                                        James McGarrity

                                            1500 John F Kennedy Blvd Suite 405

                                            Philadelphia, PA 19102

                                            215-564-1951

                                            jamespmcg@yahoo.com