# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: Charles Kane | Chapter 13 |
| Debtor | |
| | Bankruptcy No. 19-10720 |

## NOTICE OF APPLICATION FOR
## ALLOWANCE OF COUNSEL FEES & REIMBURSEMENT EXPENSES

TO:    ALL CREDITORS AND PARTIES IN INTEREST

1.    Counsel for Debtor, James P. McGarrity, Esquire, has filed an Application for approval of counsel fees in the sum of $3,000.00.

2.    The Debtor, any Creditor or party in interest may file an answer, objection or other responsive pleading with the Clerk of the United States Bankruptcy Court for the eastern District of Pennsylvania, U.S., Courthouse, 900 Market Street, Suite 400, Philadelphia, PA. 19107-4660, and serve a copy on counsel on or before twenty (20) days from the date of this Notice.

3.    The Debtor, any Creditor or party interest may request a hearing in writing stating the reasons why a hearing is necessary. Such a request should be filed and served as provided in the preceding paragraph.

4.    In the absence of any of the foregoing answer, objection, responsive pleading or request for a hearing, the court may, upon consideration of the record, allow the counsel fee.

Respectfully submitted:

Dated: June 20, 2020          By:    /s/ James P. McGarrity
JAMES M. McGARRITY, ESQUIRE
Attorney for the Debtor
1500   J F Kennedy Blvd
Suite 405
Philadelphia, PA. 19102
(215) 564-1951