**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|   |   |
|---|---|
| In re: Charles Kane | : Chapter 13 |
| Debtor | : |
|   | : |
|   | Bankruptcy No. 19-10720 |

### Certification of Service Of ApplicationFor Compensation

    I hereby certify that I have served a copy of the application by James McGarrity for allowance of professional fees upon the Debtor Charles Kane and all other parties or their attorney of record by electronic filing through the Court's electronic system on June 20, 2020, and by personal email to the debtor on June 20, 2020 '

                                                          /s/ James P. McGarrity
                                                           James P. McGarrity