### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles Kane<br>　　　　　　　Debtor(s)<br><br>Lakeview Loan Servicing, LLC<br>　　　　　v.<br>Charles Kane<br>　　　　and<br>William C. Miller Esq.<br>　　　　Trustee | Chapter 13<br><br><br>NO. 19-10720 AMC |

### ORDER

AND NOW, this _____ day of _____, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 12, 2020  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Lakeview Loan Servicing, LLC  and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3025 Redner Street Philadelphia, PA 19121.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: September 15, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list

Charles Kane
3025 Redner Street
Philadelphia, PA 19121

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

James P. McGarrity
Suite 405
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532