United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-10720-amc
Charles Kane                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Sep 15, 2020
                             Form ID: pdf900           Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
db              +Charles Kane,    3025 Redner Street,    philadelphia, PA 19121-3509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Sep 16 2020 05:54:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2020 05:53:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 16 2020 05:54:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                          TOTAL: 3


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
            JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
             ecfemails@ph13trustee.com
            JAMES P. MCGARRITY    on behalf of Debtor Charles  Kane mcgarritylaw@gmail.com,
             mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
            REBECCA ANN SOLARZ    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Charles Kane

                 Debtor(s)

Lakeview Loan Servicing, LLC
             v.
Charles Kane
          and
William C. Miller Esq.

             Trustee

Chapter 13

NO. 19-10720 AMC

## ORDER

AND NOW, this           day of           , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 12, 2020  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Lakeview Loan Servicing, LLC  and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3025 Redner Street Philadelphia, PA 19121.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: September 15, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list

Charles Kane
3025 Redner Street
Philadelphia, PA 19121

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

James P. McGarrity
Suite 405
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532