# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Charles Kane**  :  Chapter 13
Debtor  :

:
Bankruptcy No. 19-10720
:

## CERTIFICATE OF NO RESPONSE To APPLICATION
### Filed June 20, 2020

I, James McGarrity, Esquire, attorney for the Debtor and the Applicant for compensation, do hereby certify that to the best of my knowledge, information, and belief, no Answer or Objection or other response has been filed by any interested party to the Application for Professional Fees filed by James McGarrity and no other application has been filed by any other professional seeking payment

Date:  November 9, 2020                                      /s/James P. McGarrity
                                                              James P. McGarrity