UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Charles Kane  :  Chapter 13
       Debtor  :
           :
           Bankruptcy No. 19-10720
           :

**ORDER**

AND NOW, on this _____ day of July, 2020, upon consideration of the Fee Application to Approve Compensation, the application of James McGarrity for approval of counsel fees filed on June 20, 2020 in the amount of $3000.00 is hereby approved.

BY THE COURT

**Date: December 22, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge